UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CLARENCE HEATLEY,<br><br>                    Defendant. | No. 96-CR-515 (LAP)<br><br>No. 15-CV-9534 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    CJA counsel shall be appointed to represent Mr. Heatley with respect to his Davis-based § 2255 petition.  The Clerk of the Court shall send a copy of this order to Mr. Heatley.

**SO ORDERED.**

Dated:    December 23, 2020
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1