JONATHAN ROSENBERG, PLLC
137 Court Street, Fl. 2, Brooklyn, NY 11201
Tel: (718) 715-4845 | Fax: (718) 797-1855
Email: jonathan@rosenbergpllc.com

September 10, 2021

HON. LORETTA A. PRESKA
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Clarence Heatley v. United States* -- Amended Proposed Briefing Schedule
       Docket # 15 Cv 9534 (LAP)

Your Honor:

  Defense counsel submits this second amended proposed briefing schedule due to a sudden-ordered trial engagement in Orange County, New York, and the need for my office to gather more documents in the above-captioned matter.

  The Government consents to the following proposed briefing schedule, subject to this Court's approval:

  **(1)** On December 17, 2021, Petitioner is to submit Reply in Support of the Petition and in Response to Government's Opposition; Supplemental Argument in Support of the Amendment

  **(2)** On January 24, 2022, the Government is to submit its Opposition to Supplemental Argument in Support of the Amendment.

  **(3)** On February 21, 2022, the Petitioner is to submit a Reply, if any, to the Government's Opposition to Supplemental Argument in Support of the Amendment

            Respectfully submitted,

            Jonathan Rosenberg
            *Attorney for Clarence Heatley*
            137 Court Street, Fl. 2
            Brooklyn, N.Y. 11201
            Tel: (718) 715-4845
            jonathan@rosenbergpllc.com

All parties *via ECF*
Client