UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-versus-

CLARENCE HEATLEY,

Defendant.

No. 15-CV-9534 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Heatley's pro se motion for this Court to issue a certificate of appealability. (Dkt. no. 43.) The Government shall respond to Mr. Heatley's Motion by February 12, 2025. Mr. Heatley may submit any reply by March 10, 2025. The Clerk of the Court shall mail a copy of this order to Mr. Heatley.

**SO ORDERED.**

Dated:    January 15, 2025
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1