UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-versus-

CLARENCE HEATLEY,

Defendant.

---

No. 15-CV-9534 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Heatley's pro se motion (dkt. no. 46) to amend his motion for this Court to issue a certificate of appealability (dkt. no. 43.) The Government shall respond to Mr. Heatley's motion to amend by February 28, 2025. Mr. Heatley may submit any reply by March 21, 2025. The Clerk of the Court shall mail a copy of this order to Mr. Heatley.

**SO ORDERED.**

Dated:   January 27, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1